# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2017

156127

*In re* STEVENSON

_____

JERMAINE STEVENSON,

      Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,

      Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

SC: 156127
COA: 336400

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of July 19, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2017

jam



Clerk